1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GERALD MANNY MARSHALL,

11            Plaintiff,                    No. CIV S-11-1828 EFB P

12        vs.

13   C. STEEB,

14            Defendant.              <u>ORDER</u>

15   _____/

16        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.

18        A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a

19   judicial district where any defendant resides, if all defendants reside in the same State, (2) a

20   judicial district in which a substantial part of the events or omissions giving rise to the claim

21   occurred, or a substantial part of property that is the subject of the action is situated, or (3) a

22   judicial district in which any defendant may be found, if there is no district in which the action

23   may otherwise be brought." 28 U.S.C. § 1391(b).

24   ////

25   ////

26   ////

1           Here, the defendant and the claim arose in San Luis Obispo County, California which is

2    in the Central District of California. 28 U.S.C. § 84(c)(2).  Therefore, in the interest of justice,

3    this action is transferred to the United States District Court for the Central District of California.

4    *See* 28 U.S.C. § 1404(a); *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C. Cir. 1974).

5           So ordered.

6    DATED:  July 19, 2011.

7    EDMUND F. BRENNAN
       UNITED STATES MAGISTRATE JUDGE